

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
#### JUDGMENT

Charles Robert Gauger,             * From the 259th District Court
of Shackelford County,
Trial Court No. 2012-061.

Vs. No. 11-15-00245-CV         * June 15, 2017

Margie Tidwell Gauger,           * Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.